**Constance R. SPEED, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2013–5079.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2014.

Victoria Plante–Northington, Plante Law Firm, P.C. of Houston, Texas, argued for plaintiff-appellant.

Tara K. Hogan, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director. Of counsel on the brief was Morgan E. Rehrig, Attorney, Office of General Counsel, United States Postal Service, of Washington, DC.

RADER, Chief Judge, PROST, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**